IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

GREG BOYINGTON,      *

       Petitioner,      *

                        *

Vs.      *

DONALD CAMPBELL, individually      * CIVIL ACTION NO.: CV-06
and in his official capacity as
Commissioner Alabama Department of      * 2:06cv36-M
Corrections, WILLIAM SEGREST,
Executive Director individually and      *
in his capacity as Executive Director of
ALABAMA BOARD OF PARDONS and      *
PAROLES,
                        *

       Respondents.

## COMPLAINT

### PARTIES

1. Plaintiff is Greg Boyington who is presently incarcerated in the Bibb County Correctional Facility, Brent, Alabama AIS# 191-658.

2. Donald Campbell is Commissioner of the Alabama Department of Corrections whose office is located in Montgomery, Alabama.

3. William Segrest is the Executive Director of the Alabama Board of Pardons and Paroles whose principal office is in Montgomery, Alabama.

### JURISDICTION

4. This action arises pursuant to 43 U.S.C. §1983 et seq.

### GENERAL AVERMENTS

5. Petitioner, Greg Boyington is presently incarcerated within the Alabama Department of Corrections at the Bibb County Facility in Brent, Alabama.

6. That prior to his incarceration in Brent, Alabama, Defendant was incarcerated in the St. Clair facility.

7. That while at the St. Clair facility Defendant had reached a certain classificational level where he was allowed to work out of the facility.

8. That upon his transfer, his classification was changed without notice or hearing or without allegation of improper conduct by the Petitioner.

9. That the action of the Warden at the Bibb County Facility was arbitrary and capricious and without just cause.

10. That the Alabama Department of Corrections did not given notice or provide a hearing for the re-classification of Greg Boyington to a more restrictive status.

11. That Greg Boyington has sought to review his records of incarceration and in an effort to determine what, if any, complaints have arisen to require his re-classification.

12. That Greg Boyington becomes parole eligible within the next calendar year.

13. That Greg Boyington has sought, to no avail, to review his file at the Alabama Department of Corrections and at the Alabama Board of Pardons and Paroles.

14. That Greg Boyington has repeatedly been denied the right to review his file to determine what, if any, information that might be contained in that file that could be erroneous, out of context, or of such a nature and content that it would require a response by Greg Boyington or his counsel.

15. That without the opportunity to review the files both at the Alabama Department of Corrections and Alabama Board of Pardons and Paroles, Greg Boyington

is being, on a continuing basis, denied due process in that he is being subjected, possibly to unfounded or illegal allegations or findings without the opportunity to adequately respond.

16. That such unfounded allegations or illegal allegations could give rise to, and Boyington suggests, have given rise to improper re-classification and other consequences that are detrimental to the conditions of his incarceration and possible release.

17. That even recognizing that parole is not guaranteed, Greg Boyington is entitled to have the opportunity to adequately prepare for and present his claim for parole when the time for his parole hearing arises and without the opportunity to adequately review his Parole Board file, he is being denied the opportunity to have a full and fair hearing before the Parole Board.

WHEREFORE, the premises considered, Petitioner, Greg Boyington, moves this Honorable Court to enter an Order requiring Donald Campbell, or his designee and William Segrest, or his designee to: (1) cease and desist from denying Greg Boyington due process of law; (2) allow Greg Boyington to review his records at the Department of Corrections; (3) allow Greg Boyington to review his file and records at the Alabama Board of Pardons and Paroles; (4) allow Greg Boyington the opportunity to be heard as to any re-classification; (5) allow Greg Boyington to be given the opportunity to be given the opportunity to adequately respond to any and all claims that may be before the Board of Pardons and Paroles that could adversely affect his parole eligibility, particularly as to any claims that may be improper, illegal or out of context; (6) enjoin the Alabama Department of Corrections from re-classifying Greg Boyington without the opportunity

to know the reasons for said re-classification and the opportunity to be heard as to any reasons why Greg Boyington should not be re-classified; and, (7) enjoin the Alabama Board of Pardons and Paroles from considering any adverse evidence to which Greg Boyington has not had the opportunity to respond either by way of direct challenge or explanation. Greg Boyington further prays that this Honorable Court will provide for a reasonable attorney's fees of the cost of his attorney in prosecuting his claim and for such other, further and different relief as may be deemed meet and proper the premises considered.

Respectfully Submitted,

_____
AL PENNINGTON    PENNA3527
Attorney for Petitioner
P.O. Box 40361
Mobile, AL 36640
(251) 438-5884

PLEASE SERVE THE FOLLOWING:

DONALD CAMPBELL
Commissioner Department of Corrections
301 South Ripley Street
Montgomery, Alabama 36130

WILLIAM SEGREST
Alabama Board of Pardons and Paroles
P.O. Box 302405
Montgomery, Alabama 36130-2405