AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

GREG BOYINGTON,

### SUMMONS IN A CIVIL ACTION

V.

DONALD CAMPBELL, individually and in his official capacity as Commissioner of Alabama Department of Corrections, WILLIAM SEGREST Executive Director individually and in his capacity as Executive Director of ALABAMA BOARD OF PARDONS AND PAROLES.

CASE NUMBER: CV-2006-

2:06 CV36-M

TO: (Name and address of Defendant)

DONALD CAMPBELL
Commissioner
ALABAMA DEPARTMENT OF CORRECTIONS
301 South Ripley Street
Montgomery, Alabama 36130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Al Pennington, Esq.
Al Pennington, P.C.
Post Office Box 40361
Mobile, Alabama 36640

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    1/20/06
CLERK                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

GREG BOYINGTON,

V.

DONALD CAMPBELL, Individually and in his official capacity as Commissioner Alabama Department of Corrections, WILLIAM SEGREST, Executive Director individually and in his capacity as Executive Director of ALABAMA BOARD OF PARDONS AND PAROLES.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV-2006-

2:06 cv 36-M

TO: (Name and address of Defendant)

WILLIAM SEGREST
Alabama Board of Pardons and Paroles
Post Office Box 302405
Montgomery, Alabama 36130-2405

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Al Pennington, Esq.
Al Pennington, P.C.
Post Office Box 40361
Mobile, Alabama 36640-0361

an answer to the complaint which is served on you with this summons, within ____30 20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                                     1/20/06
CLERK                                                                  DATE

(By) DEPUTY CLERK