## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GREG BOYINGTON, | * |
| Petitioner, | * |
| Vs. | * |
| DONALD CAMPBELL, individually and in his official capacity as Commissioner Alabama Department of Corrections, WILLIAM SEGREST, Executive Director individually and in his capacity as Executive Director of ALABAMA BOARD OF PARDONS and PAROLES, | * Case No.: CV-06—36 * * * |
| Respondents. | * |

### MOTION TO DISMISS

Comes Now the Plaintiff in the above-styled cause and moves this Honorable Court to dismiss the complaint in the above-styled matter, with prejudice, and would show:

1. Suit has just been filed.

2. That service of process has not, yet, been perfected.

3. That Plaintiff has instructed counsel that he does not, now, wish to proceed.

WHEREFORE, the premises considered, Plaintiff moves this Honorable Court to enter an order dismissing this complaint with prejudice

and for such other further and different relief as may be deemed meet and proper.

>Respectfully Submitted,
>
>____s/ Al Pennington_____
>AL PENNINGTON  PENNA3527
>Attorney for Petitioner
>P.O. Box 40361
>Mobile, AL 36640
>(251) 438-5884