# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GREG BOYINGTON, | * |
| Petitioner, | * |
| Vs. | * |
| DONALD CAMPBELL, individually and in his official capacity as Commissioner Alabama Department of Corrections, WILLIAM SEGREST, Executive Director individually and in his capacity as Executive Director of ALABAMA BOARD OF PARDONS and PAROLES, | * Case No.: CV-06—36 <br> * <br> * <br> * |
| Respondents. | * |

## ORDER DISMISSING COMPLAINT WITH PREJUDICE

This matter having come on to be heard on the Plaintiff's Motion to Dismiss with Prejudice, prior to the Defendants having been served, it is ORDERED, ADJUDGED and DECREED, that the complaint is due to be and hereby is DISMISSED WITH PREJUDICE.

Dated this the ____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE