**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William Segrest
Alabama Board of Pardons
and Paroles
P.O. Box 302405
Montgomery, AL 36130-2405

SQC    06-36

2. Article Number (Copy from service label)
7000 1670 0005 9344 9988

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): CORNELL LONG
B. Date of Delivery: 1/23/06
C. Signature
X Cornell Long
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

JAN 23 2006

3. Service Type
☒ Certified Mail       ☐ Express Mail
☐ Registered           ☒ Return Receipt for Merchandise
☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   DONALD CAMPBELL
   Commissioner
   Alabama Dept. of Corrections
   301 South Ripley Street
   Montgomery, AL 36103

   SCC 06-36

2. Article Number (Copy from service label)
   7000 1670 0005 9344 9971

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Kay P. Hope
B. Date of Delivery: 1/23/
C. Signature: X Kay P. Hope
   ☒ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952