IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREG BOYINGTON | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| | ) |
| | ) CASE NO. 2:06-CV-36-M |
| DONAL CAMPBELL, ET AL. | ) |
| | ) |
|     Defendants. | ) |
| | ) |
| | ) |

**MOTION TO DISMISS OR IN THE ALTERNATIVE, CONCURRENCE WITH
PLAINTIFF'S MOTION TO DISMISS**

COMES NOW Defendant Donal Campbell[1], by and through the undersigned counsel, and moves this Honorable Court to dismiss the above styled complaint with prejudice and for grounds states as follows:

1.     This defendant is immune pursuant to the 11th Amendment of the Constitution of the United States.

2.     This defendant is entitled to qualified immunity.

3.     This complaint fails to state a cause of action upon which relief may be granted.

4.     This defendant concurs with plaintiff's Motion to Dismiss filed by counsel which states that the complaint is due to be dismissed with prejudice.

---

[1] Donal Campbell has resigned as Commissioner of the Alabama Department of Corrections. At the time of the filing of this Motion, the undersigned is not aware of who will be automatically substituted in Mr. Campbell's official capacity.

              Respectfully submitted,

              TROY KING
              ATTORNEY GENERAL


              /s/ Jeffery H. Long
              Jeffery H. Long
              ASSISTANT ATTORNEY GENERAL


## CERTIFICATE OF SERVICE

I hereby certify that I have this 13th day of February, 2006, electronically filed the foregoing with the Clerk if Court using the CM/ECF system and the Clerk will send notification to the following:

Al Pennington, Esq.
Attorney for Plaintiff

              /s/ Jeffery H. Long
              Jeffery H. Long
              ASSISTANT ATTORNEY GENERAL


**ADDRESS OF COUNSEL:**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130-0152
334-242-7300
334-242-2433 (Fax)
jlong@ago.state.al.us