IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GREG BOYINGTON,                     *
     *Plaintiff,*                       *

     v.                              *          2:06-CV-00036-MEF

DONAL CAMPBELL, ET AL.,            *
     *Defendants.*                     *

**ORDER ON MOTIONS**
***(Dismissing Complaint with Prejudice)***

Represented by counsel,  Plaintiff Greg Boyington, who is presently incarcerated in the Bibb County Correctional Facility, initiated  this 42 U.S.C. § 1983 action on January 17, 2006.  Three days later and prior to perfection of service of process on Defendants,  plaintiff's same counsel filed his *Motion to Dismiss* the complaint with prejudice pursuant to Plaintiff's instructions "that he does not now wish to proceed." (Doc. No. 3, Jan. 20, 2006.).  Plaintiff submitted a proposed "*Order Dismissing Complaint with Prejudice.*"  Having been served with the Complaint on January 25, 2006, before Plaintiff's dismissal motion came to the court's attention, Defendants responded on February 13, 2006, with their *Motion to Dismiss or In the Alternative, Concurrence with Plaintiff's Motion to Dismiss* (Doc. No. 5).    For this cause, it is, therefore,

**ORDERED** that *Plaintiff's Motion to Dismiss* is *GRANTED,* and  Defendants' alternative motion is denied as moot.  Accordingly, this action is hereby DISMISSED WITH PREJUDICE.

Done this 22ND day of February, 2006.

                                           /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE