IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

**GREG BOYINGTON,**
    **Plaintiff,**

        Vs.                        Case #2:06-cv-36-MEF

**DONAL CAMPBELL, et al.,**
    **Defendants.**

## MOTION TO DISMISS
## ON BEHALF OF
## WILLIAM SEGREST

    Comes now William Segrest, Executive Director for the Alabama Board of Pardons & Paroles, and shows unto the Court as follows:

1)     The Board of Pardons & Paroles and the Department of Corrections are separate agencies. Classification decisions made by officials of the Department of Corrections do not control the Board's decisions. There is no justiciable controversy between Boyington and Segrest regarding Boyington's prison classification.

2)     The Board of Pardons & Paroles and the Department of Corrections are separate agencies. There is no justiciable controversy between Boyington and Segrest regarding Boyington's lack of access to records of the Department of Corrections.

3)     Alabama law prohibits the Board from allowing Boyington to review the files of the Board of Pardons & Paroles, §15-22-36(b), Ala. Code, *Ex Parte Ala. Bd. of Pardons & Paroles,* 814 So.2d 870 (Ala. 2001.) This statute does not

> conflict with the Constitution or laws of the United States. The Complaint fails to state a claim under 42 U.S.C. §1983.

4) Boyington does not enjoy a liberty interest in his desire to be paroled. The U.S. Constitution does not require that he be given a "fair" opportunity to review or respond to the information considered by the Board as it exercises its discretionary clemency powers. The Complaint fails to state a claim under 42 U.S.C. §1983.

5) Neither Segrest nor any other person affiliated with the Board has deprived Boyington of any right, privilege or immunity protected under the Constitution or laws of the United States. The Complaint fails to state a claim under 42 U.S.C. §1983.

6) As a matter of law, Segrest does not have, claim, or exercise the power to determine what prisoners may be released on parole. That power is by law exclusively delegated to the Board which he serves. The Complaint fails to state a claim under 42 U.S.C. §1983.

7) Boyington enjoys no interest in parole consideration that is subject to the protection of due process. The Complaint fails to state a claim under 42 U.S.C. §1983.

8) Boyington has ample opportunity to present to the Board any information that he might consider relevant to the Board's discretionary assessment of his likelihood of obeying the law, his likelihood of success on parole, and the likelihood of his release being compatible with society's welfare. The Board will consider that information, along with any other information it receives,

and will, in its discretion, determine whether it would benefit society to release him from prison before he completes his sentence. It is not necessary that he know what other information has been provided to the Board for the Board to properly exercise its discretion. The Complaint fails to state a claim under 42 U.S.C. §1983.

WHEREFORE, premises considered, Segrest moves the Court to dismiss the Complaint.

          TROY KING
          ATTORNEY GENERAL

          GREG GRIFFIN
          CHIEF COUNSEL

```
s/STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-5949-S61S
Ala. Bd. Pardons and Paroles
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
steve.sirmon@alabpp.gov


s/HUGH DAVIS
DEPUTY ATTORNEY GENERAL
State Bar#:  ASB-4358-D63F
Ala. Bd. Pardons and Paroles
301 South Ripley Street
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Hugh.Davis@ALABPP.gov
```

**CERTIFICATE OF SERVICE**

I hereby certify that on 2-22-06, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Al Pennington for Greg Boyington and Kim Thomas for Donal Campbell, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: (NONE).

Done this **22d** day of **February**, 2006.

Respectfully submitted,

s/ STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-5949-S61S
Ala. Bd. Pardons and Paroles
301 South Ripley Street
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
steve.sirmon@alabpp.gov