IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREG BOYINGTON, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 2:06-cv-36-MEF |
| | ) |
| DONAL CAMPBELL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

Upon consideration of the Defendant's Motion to Dismiss (Doc. #7), filed on February 22, 2006, it is hereby

ORDERED that the motion is DENIED AS MOOT in accordance with the Court's Order (Doc. #6) of February 22, 2006.

Done this the 24th day of February, 2006.


　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE